John G. M. Hilton, Respondent, *v.* Madeline S. Gaston, Indivisually and as Guardian of Maude S. Hilton, an Infant, et al., Appellants, Impleaded with Others,

Submitted November 30, 1939; decided November 30, 1939.

*Ernest B. Morris* for motion.

*James E. Carroll* and *Charles L. McCann* opposed.

Motion granted and appeal dismissed, without costs.

The People of the State of New York, Respondent, *v.* Leonard Gerschinsky, Appellant.

Submitted December 15, 1939; decided December 15, 1939.

Motion for reargument denied. (See 281 N. Y. 581.)